CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2008

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> v.  ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> VARIOUS DEFENDANTS. ) <br> ) | Civil Action No. 7:08-cv-00111; 7:08-cv-00112; <br> 7:08-cv-00113; 7:08-cv-00114; 7:08-cv-00115; <br> 7:08-cv-00116; 7:08-cv-00117; 7:08-cv-00118; <br> 7:08-cv-00119; 7:08-cv-00120; 7:08-cv-00121; <br> 7:08-cv-00122; 7:08-cv-00123; 7:08-cv-00124; <br> 7:08-cv-00125; 7:08-cv-00126; 7:08-cv-00127; <br> 7:08-cv-00128; 7:08-cv-00129; 7:08-cv-00130; <br> 7:08-cv-00131; 7:08-cv-00132; 7:08-cv-00133; <br> 7:08-cv-00134; 7:08-cv-00135; 7:08-cv-00136; <br> 7:08-cv-00138; 7:08-cv-00139; 7:08-cv-00140; <br> 7:08-cv-00141; 7:08-cv-00142; 7:08-cv-00143; <br> 7:08-cv-00144; 7:08-cv-00145; 7:08-cv-00146; <br> 7:08-cv-00147; 7:08-cv-00149 <br><br> **FINAL ORDER** <br><br> By: Samuel G. Wilson <br> **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19th day of February, 2008.

_____
United States District Judge